IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERALD THOMAS BOSWELL,
      Petitioner,

vs.                                 Case No.:  3:11cv352/RV/EMT

MICHAEL D. CREWS,
      Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 25, 2013 (doc. 43).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (docs. 47, 49, 50), I have determined that the Report and Recommendation should be adopted in part, but remanded to the magistrate judge for further consideration as to grounds two and three.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted in part and incorporated by reference in this order.

2.      The amended petition for writ of habeas corpus (doc. 15) is **DENIED** as to Grounds One, Four, Five, Six, and Seven.

3.       This case is remanded to the magistrate judge for further consideration (including an evidentiary hearing if deemed appropriate or necessary) as to grounds two and three of the petition.

4.      A certificate of appealability is **DENIED** as to Grounds One, Four, Five, Six, and Seven.

**DONE AND ORDERED** this 11th day of April 2013.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**