IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERALD THOMAS BOSWELL,
     Petitioner,

vs.                            Case No.:  3:11cv352/RV/EMT

MICHAEL D. CREWS,
     Respondent.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 26, 2013 (doc. 87).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

     Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 89), I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. Under the modern objective theory of contracts, it is the plain and unambiguous language of the agreement that controls, and not some subjective belief that one party may have entertained.

     2.     The amended petition for writ of habeas corpus (doc. 15) is **CONDITIONALLY GRANTED** only as to Petitioner's claim that his conviction and sentence for violating Florida Statutes § 812.13(2)(c), when the Plea and Sentencing Agreement provided he would plead nolo contendere to a violation of Florida Statutes § 812.131(2)(b), violated federal due process, and that Petitioner be released from custody with regard to Okaloosa County Circuit Court Case No. 2007-CF-205, **UNLESS ON OR BEFORE JANUARY 31, 2014**, the state court holds a hearing to determine the appropriate remedy for the State's breach of the Plea and Sentencing Agreement, either withdrawal of the nolo contendere plea or specific performance.

3.      The amended petition for writ of habeas corpus (doc. 15) is **DENIED** as to Petitioner's double jeopardy claim.

4.      A certificate of appealability is **DENIED** as to Petitioner's double jeopardy claim.

**DONE AND ORDERED** this 8th day of November, 2013.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**